Chad Ivan DANIELS, Plaintiff
Below–Appellant,

v.

DOVER DOWNS GAMING & EN-
TERTAINMENT, Defendant
Below–Appellee.

No. 233, 2017

Supreme Court of Delaware.

August 21, 2017

Court Below—Superior Court of the
State of Delaware, C.A. No. K17C–02–013

DISMISSED.